Civil- (Dec-2008)

HONORABLE: Janet C. Hall
DEPUTY CLERK: Diahann Lewis    RPTR/ECRO/TAPE: Terri Fidanza
TOTAL TIME: ____ hours  30 minutes
DATE: 9/26/2023    START TIME: 11:44    END TIME: 12:14
LUNCH RECESS   FROM: ____ TO: ____
RECESS (if more than ½ hr)   FROM: ____ TO: ____

CIVIL NO. 3:20cv902

Garthwait                                          Rubinow, Miller
                                                   Plaintiff's Counsel
            vs
Eversource                                         Serrom, MacKay
                                                   Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... #199    Motion for Final Approval of Settlement    ☑ granted ☐ denied ☐ advisement
☐ ..... #____   Motion _____                              ☐ granted ☐ denied ☐ advisement
☐ ..... #____   Motion _____                              ☐ granted ☐ denied ☐ advisement
☐ ..... #____   Motion _____                              ☐ granted ☐ denied ☐ advisement
☐ ..... #____   Motion _____                              ☐ granted ☐ denied ☐ advisement
☐ ..... #____   Motion _____                              ☐ granted ☐ denied ☐ advisement
☐ ..... #____   Motion _____                              ☐ granted ☐ denied ☐ advisement
☐ .....         Oral Motion _____                         ☐ granted ☐ denied ☐ advisement
☐ .....         Oral Motion _____                         ☐ granted ☐ denied ☐ advisement
☐ .....         Oral Motion _____                         ☐ granted ☐ denied ☐ advisement
☐ .....         Oral Motion _____                         ☐ granted ☐ denied ☐ advisement
☐ .....         ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☑ ..........    Motion for Final Approval of Class Action Settlement, Award of Attorneys'   ☐ filed ☐ docketed
☐ ..........    Fees, Litigation Expenses, and Case Contribution Award - Granted,           ☐ filed ☐ docketed
☐ ..........    absent objection and for the reasons stated on the record.  Final Order    ☐ filed ☐ docketed
☐ ..........    and Judgment will enter.                                                    ☐ filed ☐ docketed
☐ ..........                                                                                 ☐ filed ☐ docketed
☐ ..........                                                                                 ☐ filed ☐ docketed
☐ ..........    Hearing continued until ____ at ____

Notes: